■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERRY KETTELES, Also Known as JERRY KETTRLES, Appellant. [910 NYS2d 914]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 19, 2009 (*People v Ketteles*, 62 AD3d 902 [2009]), affirming a judgment of the Supreme Court, Kings County, rendered September 13, 2006.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Mastro, Fisher and Leventhal, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK KOPOLOVICZ, Appellant. [912 NYS2d 476]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Gerges, J.), imposed May 5, 2009, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Dillon, Covello, Chambers and Hall, JJ., concur.